# SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Agreement entered into this  2  day of March        , 2010:

WHEREAS, Sherrie Ann Williams (hereinafter referred to as "Plaintiff"), has instituted legal proceedings against the City of Minneapolis in United States District Court, Court File No. 09-CV-03149 (MJD/JJK); and

WHEREAS, with the advice and approval of counsel, Plaintiff has offered to compromise all of her claims against the City of Minneapolis in this case in exchange for a sum of money and other good and lawful considerations;

NOW, THEREFORE, in consideration of the premises and the mutual promises contained herein, it is agreed as follows:

1. <u>Release</u>.  Plaintiff for herself, her heirs, successors and assigns, does hereby release, acquit and forever discharge the City of Minneapolis and its current, former and future officers, directors, employees, agents, predecessors, successors and assigns to the fullest extent permitted by law from and against any and all claims, actions, demands, causes of actions, obligations, rights or damages of any nature including claims for attorneys fees which they ever had, may now have, or which may hereafter arise, whether known or unknown, on account of or in any way arising out of the occurrences described in the Complaint in the above referenced case.

2. <u>Consideration</u>.  In consideration of Plaintiff's agreement and release of claims, as set forth herein, the City of Minneapolis agrees to pay the sum of $200.00 to Plaintiff Sherrie Ann Williams.  The sum of $200.00 payable to Sherrie Ann Williams shall constitute full and complete settlement of the complaint brought by her, included in Court File No. 00-CV-03149 (MJD/JJK).

3. <u>Full Satisfaction</u>.  Plaintiff understands and agrees that acceptance of the above consideration is in full and complete satisfaction of the afore-mentioned claims including any and all claims for attorneys fees and that payment of the above amount in settlement of this case is in

no way or manner to be construed as an admission on the part of the City of Minneapolis or any party benefited by this Agreement of the validity of this case or of the liability of any Defendant, which validity and liability Defendants expressly deny.

    4.    <u>Stipulation of Dismissal</u>.  The parties hereto agree to execute and file a Stipulation of Dismissal With Prejudice in the form attached hereto as Exhibit A.

    5.    <u>Complete Agreement</u>.  This Agreement contains and sets forth all of the terms agreed upon by the parties regarding Plaintiff's claims including damages against the City of Minneapolis.

    6.    <u>Voluntary Agreement</u>.  Plaintiff acknowledges and agrees that she has read and thoroughly discussed all aspects of this Agreement, that she understands its provisions, and that she signs and agrees to its terms voluntarily and without coercion.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date set forth below.

Dated:   March 2 – 2010

    s/Sherrie Williams
    Sherrie Ann Williams
    3710 Minnehaha Avenue, #8
    Minneapolis, MN  55406

    *Plaintiff pro se*

Dated:  March 2, 2010

    SUSAN L. SEGAL
    Minneapolis City Attorney
    By

    s/Darla J. Boggs
    DARLA J. BOGGS
    Attorney Reg. No. 0314912
    Assistant City Attorney
    Room 210, City Hall
    350 South Fifth Street
    Minneapolis, MN  55415
    (612) 673-2180

    Attorneys for Defendants

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Sherrie Ann Williams,** | |
| **Plaintiff,** | Court File No.: 09-CV-03149 (MJD/JJK) |
| vs. | STIPULATION OF DISMISSAL |
| **The City of Minneapolis, Officer Adam Lepinski in his official and individual capacity, Officer Brian Grahme in his official and individual capacity, Sergeant C. Hudok in his individual and official capacity, Sergeant Linda Sue Chaplin in her individual and official capacity, Stephen McKean in his individual and official capacity, and Samuel L. Reid II in his individual and official capacity, et al.,** | |
| **Defendants.** | |

The City of Minneapolis and Plaintiff, acting *pro se* and by and through the undersigned attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Complaint against the City of Minneapolis with prejudice and without costs to any party.

Dated:                                                                 Dated:

                                                                                SUSAN L. SEGAL
                                                                                Minneapolis City Attorney
_____             By
Sherrie Ann Williams
3710 Minnehaha Avenue, #8                              _____
Minneapolis, MN  55406
                                                                                DARLA J. BOGGS
*Plaintiff pro se*                                                    Attorney Reg. No. 0314912
                                                                                Assistant City Attorney
                                                                                Room 210, City Hall
                                                                                350 South Fifth Street
                                                                                Minneapolis, MN  55415
                                                                                (612) 673-2180

                                                                                *Attorneys for Defendants*

4